PHILLIP A. TALBERT
Acting United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOFEY GURIN,

Defendant.

CASE NO. 2:12-CR-0067 JAM

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

DATE: April 27, 2021
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 27, 2021.

2. By this stipulation, defendant now moves to continue the status conference until August 17, 2021, and to exclude time between April 27, 2021, and August 17, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 92,000 pages of discovery. In addition, the United States has pointed defense counsel to thousands of pages of publicly available trial transcripts in many related cases and other cases of interest. In addition, the government has pointed counsel to the dockets of many related cases. In addition, as Gurin is living in Washington state with family and does not have a

cellular phone, communication between him and defense counsel is more difficult. COVID concerns have limited counsel's ability to travel to visit her client. Counsel for Gurin also contends Gurin does not speak English necessitating use of interpreter or a family member to communicate.

b) Counsel for defendant desires additional time to consult with her client, to review the current charges, to review and copy discovery for this matter, to conduct investigation and research related to the charges, to discuss potential resolutions with her client, and to otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2021 to August 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: April 21, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
TIMOFEY GURIN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE