1  PHILLIP A. TALBERT
   Acting United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-0067 JAM

12                      Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                          FINDINGS AND ORDER

14  TIMOFEY GURIN,                          DATE: August 17, 2021
                                            TIME: 9:30 a.m.
15                      Defendant.          COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on August 17, 2021.

21       2.      By this stipulation, defendant now moves to continue the status conference until October

22  26, 2021, and to exclude time between August 17, 2021, and October 26, 2021, under Local Code T4.

23       3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25  includes over 92,000 pages of discovery.  In addition, the United States has pointed defense

26  counsel to thousands of pages of publicly available trial transcripts in many related cases and

27  other cases of interest.  In addition, the government has pointed counsel to the dockets of many

28  related cases.  In addition, as Gurin is living in Washington state with family and does not have a

1   cellular phone, communication between him and defense counsel is more difficult.  COVID

2   concerns have limited counsel's ability to travel to visit her client.  However, counsel visited

3   with her client in June 2021.  This visit raised additional legal and factual issues that counsel

4   needs time to investigate.  Counsel for Gurin also contends Gurin does not speak English

5   necessitating use of interpreter or a family member to communicate.

6           b)      Counsel for defendant desires additional time to consult with her client, to review

7   the current charges, to review and copy discovery for this matter, to conduct investigation and

8   research related to the charges, to discuss potential resolutions with her client, and to otherwise

9   prepare for trial.  Counsel has hired an investigator who is collecting documents and information

10  counsel deems relevant to her client's defense.

11          c)      Counsel for defendant believes that failure to grant the above-requested

12  continuance would deny her the reasonable time necessary for effective preparation, taking into

13  account the exercise of due diligence.

14          d)      The government does not object to the continuance.

15          e)      Based on the above-stated findings, the ends of justice served by continuing the

16  case as requested outweigh the interest of the public and the defendant in a trial within the

17  original date prescribed by the Speedy Trial Act.

18          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

19  et seq., within which trial must commence, the time period of August 17, 2021 to October 26,

20  2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

21  T4] because it results from a continuance granted by the Court at defendant's request on the basis

22  of the Court's finding that the ends of justice served by taking such action outweigh the best

23  interest of the public and the defendant in a speedy trial.

24  4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

25  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

26  must commence.

27          IT IS SO STIPULATED.

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  August 11, 2021                    PHILLIP A. TALBERT
                                           Acting United States Attorney


                                           /s/ LEE S. BICKLEY
                                           LEE S. BICKLEY
                                           Assistant United States Attorney


Dated:  August 11, 2021                    /s/ SHARI RUSK
                                           SHARI RUSK
                                           Counsel for Defendant
                                           TIMOFEY GURIN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 11th day of August, 2021.


                                           /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                        3