PHILLIP A. TALBERT
Acting United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOFEY GURIN,<br><br>Defendant. | CASE NO.  2:12-CR-00067 JAM<br><br>ORDER |

The government's motion to dismiss the indictment in the above-entitled case is hereby GRANTED.  The status conference scheduled for October 26, 2021 is hereby VACATED.

Dated: 10/22/2021

/s/John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER                                                                 1